**PASTERNAK, BAUM & CO., INC.**
**TELEPHONE** 500 MAMARONECK AVENUE, HARRISON, NY 10528 **TELEX**
**(914) 630-8000**
**FAX**
**(914) 630-8120**

CONTRACT NUMBER: 122664

CONTRACT DATE: February 27, 2024

SELLERS' REF NO:

SELLER: SADOT LATAM LLC
1169 N BURLESON BLVD, Ste 107-226
BURLESON, TX 76028

BUYER: NUVAL TRADE S.A.
RUE ROBERT CÉARD 6 ,
1204 GENEVA,
SWITZERLAND

COMMODITY: ARGENTINE EXTRACTED TOASTED SOYBEAN MEAL, IN BULK.

QUALITY SPECIFICATIONS:
PROTEIN BASIS 46,5% MIN 45,50%
FAT MAX 2,5%
FIBER BASIS 3,50% MAX 4,00 %
ASH MAX 7%
MOISTURE BASIS 12,5% MAX 13%
SAND AND SILICA MAX 2,5%
UREASE ACTIVITY MIN 0,02 MAX 0,20%
FREE FROM ADDED UREA

ALLOWANCES FOR DEFICIENCY OF PROTEIN AS FOLLOWS:FM 46.49 PCT TO 46 PCT 1:1FM 45.99 PCT TO 45.50 PCT 2:1BELOW 45.50 PCT REJECTABLE.
NON RECIPROCAL ALLOWANCES FOR FIBER AND MOISTURE 1:1WITH FRACTIONS IN PROPORTION.OTHERWISE AS PER GAFTA CTR NR 39, CLAUSE NR 5.
FINAL AT LOADING AS PER OFFICIAL QUALITY CERTIFICATE ISSUED BY INDEPENDENT SURVEYOR AT SELLER'S OPTION AND COST

QUANTITY: 27500 METRIC TONS, 10% MORE OR LESS IN BUYER'S OPTION AT CONTRACT PRICE.



Exhibit "A"

PRICE: USD 10.50 PER SHORT TON OVER THE CHICAGO MAY 2024 SOYBEAN MEAL FUTURES. FUTURES ORDERS TO BE GIVEN TO SELLER FOR CONTRACT PRICING.

WEIGHT / QUALITY / CONDITION: FINAL AT TIME AND PLACE OF LOADING AS PER CERTIFICATE(S) ISSUED BY GAFTA APPROVED SURVEYORS, AT SELLERS' CHOICE AND EXPENSE. LABORATORY TESTS TO BE IN ACCORDANCE WITH ISO/ICC NORMS, SAMPLING AND ANALYSIS TO BE DONE AS PER GAFTA RULES.
SELLER'S SURVEYORS RESULTS ARE FINAL AND BINDING FOR THE PARTIES.

DELIVERY: MARCH 15-31, 2024 IN BUYER'S OPTION. BOTH DATES ARE INCLUSIVE IN ONE SINGLE DECK BULK CARRIER.

PACKING: IN BULK

PARITY: FOB ONE SAFE UPRIVER ARGENTINA PORT, ONE SAFE BIRTH. ALWAYS AFLOAT, ALWAYS ACCESSIBLE.

10 DAYS PREADVICE

LOAD RATE: SELLER TO GUARANTEE LOAD RATE 5000 MT PER WEATHER WORKING DAY, SATURDAY(OR DAY PRECEDING A HOLIDAY) FROM 12:00 HRS UNTIL MONDAY (OR DAY AFTER A HOLIDAY) 08:00 HRS EXCLUDED EVEN IF USED. LAY TIME TO COMMENCE 08:00 HRS NEXT WORKING DAY AFTER NOTICE OF READINESS IS TENDERED, WIPON, WICCON, WIBON, WIFPON. NOTICE OF READINESS TO BE TENDERED DURING OFFICIAL WORKING HOURS (DEMURRAGE/DISPATCH - AS PER CHARTER PARTY, DISPATCH HALF DEMURRAGE. HOLIDAYS ARE AS PER BIMCO CALENDAR LATEST EDITION. ONCE ON DEMURRAGE ALWAYS ON DEMURRAGE.

DEMURRAGE, IF ANY, TO BE SETTLED WITHIN LATEST 20 DAYS AFTER LOADING BASED ON NOR, SOF AND LAYTIME CALCULATION.

PAYMENT: 10% DOWNPAYMENT TO BE WIRED BY THE BUYER PRIOR PRICING OF THE CARGO OR 48 HOURS PRIOR VESSEL NOMINATION, WHICHEVER COMES FIRST
BALANCE PAYMENT AGAINST COPIES OF BILLS OF LADING, INVOICE, QUALITY AND WEIGHT CERTIFICATES, SELLER'S LETTER OF GUARANTEE TO PROVIDE CERTIFICATE OF ORIGIN AND PHYTOSANITARY WITHIN 10 DAYS AFTER LOADING COMPLETION.

ALL ORIGINAL DOCUMENTS TO BE PRESENTED TO THE BUYERS IN SCANNED COPIES, WHICH SHALL BE SUFFICIENT FOR PAYMENT, AND SENT TO THE BUYER OR BUYER'S NOMINEE UPON RECEIPT OF PAYMENT.

LIST OF DOCUMENTS TO BE PROVIDED:
1) SELLERS' ORIGINAL COMMERCIAL INVOICE, STAMPED/SIGNED;
2) 3/3 ORIGINAL B(S)/L, CLEAN ON BOARD AND MARKED "FREIGHT PREPAID";
3) QUALITY CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLER'S CHOICE AND EXPENSE;
4) WEIGHT CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLER'S CHOICE AND EXPENSE;

5) NON-RADIOACTIVITY CERTIFICATE, ISSUED BY COMPETENT AUTHORITIES OR GAFTA APPROVED SURVEYOR (AT SELLER'S CHOICE AND EXPENSE), CONFIRMING CS 134 & CS 137 LESS THAN 370 BQ/KG;
6) CERTIFICATE OF ORIGIN, ISSUED BY THE CHAMBER OF COMMERCE IN THE COUNTRY OF ORIGIN, EVIDENCING ORIGIN OF THE GOODS.
7) PHYTOSANITARY CERTIFICATE, ISSUED BY COMPETENT AUTHORITIES, ORIGINAL SHALL BE PUT ON BOARD OR DISPATCHED TO THE BUYERS' NOMINATED ADDRESS;
8) FUMIGATION CERTIFICATE ISSUED BY LICENSED FUMIGATOR
9) HOLDS CLEANLINESS CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLERS' CHOICE AND EXPENSE;
10) HOLDS SEALING CERTIFICATE

DOCUMENTS ISSUED BY OFFICIAL AUTHORITIES MAY NOT CONTAIN ANY ADDITIONAL INFORMATION APART FROM WHAT IS PERMITTED BY CURRENT REGULATIONS IN THE COUNTRY OF ORIGIN.

CHARTER PARTY BILLS OF LADING ARE ACCEPTABLE.
THIRD PARTY DOCUMENTS (EXCEPT FOR THE COMMERCIAL INVOICE) ARE ACCEPTABLE

ANY ADDITIONAL ANALYSES / ADDITIONAL CERTIFICATES, NOT REQUIRED BY THIS CONTRACT, ARE SUBJECT TO SELLERS' ACCEPTANCE, AND IN ANY CASE FOR BUYERS' TIME AND ACCOUNT

AND OUTSIDE PAYMENT (I.E. SHALL NOT BE PRESENTED FOR PAYMENT) AND WITHOUT ANY OBLIGATIONS FOR THE SELLERS.

SPECIAL CONDITIONS:

- SELLER'S AGENT AT LOAD PORT, PDA AS PER COMPETITIVE/OFFICIAL RATES
- DUTIES AND TAXES IN COUNTRY OF ORIGIN ARE TO BE FOR SELLERS' ACCOUNT AND IN COUNTRY OF DESTINATION TO BE FOR BUYERS' ACCOUNT.
- THIRD PARTY DOCUMENTS ARE ACCEPTABLE EXCEPT COMMERCIAL INVOICE.
- ALL DATA ABOUT NUMBER OF ORIGINAL DOCUMENTS AND THEIR COPIES MUST BE PRESENTED BY BUYERS IN DOCUMENTARY INSTRUCTIONS, NOT CONTRADICTING THE CONTRACT TERMS, WHICH ARE CONSIDERED AS INTEGRAL PART OF THE CONTRACT IN CASE ACCEPTED BY SELLERS.
- UPON REQUEST, SELLER SHOULD PRESENT BUYERS COPIES OF CARGO PLAN, CARGO MANIFEST AND CHARTER PARTY.
- INSURANCE FOR BUYE'S ACCOUNT AS PER GAFTA RULES.
- VESSEL'S HOLDS SHALL BE SEALED BY SELLERS'
- TITLE: THE TITLE OF THE GOODS, SHALL PASS TO BUYERS UPON PAYMENT RECEIPT BY SELLERS. ALL GOODS DELIVERED, SHALL REMAIN THE PROPERTY OF SELLERS UNTIL RECEIPT BY SELLERS THE PAYMENT FOR THEM.
- OBTAINING OF IMPORT PERMITS, LICENSES AND THE ALIKE ARE AT BUYERS' RESPONSIBILITY AND NON-OBTAINING OF SUCH CANNOT BE CLAIMED AS CIRCUMSTANCES OF FORCE-MAJEURE.
- ALL TAXES, LEVIES, DUTIES, ETC. PRESENT OR FUTURE ON THE CARGO IN THE COUNTRY OF DESTINATION/DISCHARGE ARE FOR BUYERS' ACCOUNT AND RESPONSIBILITY, IN THE COUNTRY OF ORIGIN - FOR SELLERS' ACCOUNT.

- A NOTICE TO THE BROKER IS A NOTICE UNDER THE CONTRACT.

ALL OTHER TERMS/CONDITIONS NOT IN CONTRADICTION WITH THE ABOVE ASPER GAFTA CONTRACT 39.

PRICING:

1. ALL FUTURES ORDER TO BE GIVEN TO SELLER FOR PRICING NO LATER THAN 60 DAYS AFTER LOAD PORT NOR DATE. SHOULD BUYER FAIL TO COMPLETE PRICING LATEST 60 DAYS AFTER THE NOR DATE, SELLER, RESERVES THE RIGHT ATANY TIME THEREAFTER AND AT HIS SOLE DISCRETION TOESTABLISH THE FINAL CONTRACT FLAT PRICE BASED ON THECURRENT FUTURES MARKET PRICE AT SUCH POINT IN TIME
2. BUYER TO ADVISE THE SELLER, IN WRITING 30 MINUTESPRIOR TO OPENING THE REQUIRED PRICE AND RESPECTIVEQUANTITY, AND THE ORDER WILL BE CONSIDERED AUTO-MATICALLY EXECUTED IF THE RESPECTIVE MONTH TRADESAT LEAST 1/4 CENT PER BUSHEL UNDER THE GIVEN ORDER.THIS, HOWEVER, NOT TO INCLUDE THE OPENING ANDCLOSING RANGES WHERE, AS PER THE RULES OF THECHICAGO BOARD OF TRADE, BROKERS ARE NOT RESPONSIBLEFOR EXECUTION. THIS EXECUTION WILL ALSO NOT BEGUARANTEED WHEN "FAST MARKET" CONDITION ISDESIGNATED BY THE PIT SUPERVISOR. IF CBOT FUTURES

DONOT TRADE DURING THE SESSION AT 1/4 CENT PER BUSHELUNDER THE LIMIT STIPULATED BY BUYER, NO PRICING HASTAKEN PLACE, UNLESS SELLER ADVISES BUYER AFTER THE CLOSE OF THAT PART OR TOTAL OF THE PRICING ORDERGIVEN HAS BEEN PRICED. ANY EXCHANGE OF FUTURES MUSTBE AT A PRICE THAT IS TRADED DURING THE CBOT DAY
3. BUYER HAS THE RIGHT TO GIVE OR CHANGE PRICINGINSTRUCTIONS DURING THE SESSION, PROVIDED SELLER HASNOT ALREADY EXECUTED THE ORIGINAL INSTRUCTIONS BYTHE TIME THE NEW ORDER REACHES THE BROKER ON THEFLOOR AT THE CHICAGO EXCHANGE. FOR ORDERS GIVENOR CHANGED DURING THE SESSION OF THE CHICAGO BOARDOF TRADE, THE SELLER IS NOT TO BE RESPONSIBLE FOR EXECUTION.
4. PRICING TO BE DONE TO THE LOADED QUANTITY
5. FUTURES TO BE EXCHANGED TO THE NEAREST 5,000 BUSHELS
6. UPON COMPLETION OF FIXING THE FUTURE CONTRACTS ATCBOT THE ACTUAL CONTRACT PRICE PER METRIC TON WILLBE BASED ON THE AVERAGE OF ALL THE CONTRACTS EXCHANGED PLUS CONTRACT PREMIUM.
7. AFTER COMPLETION OF PRICING, IN CASE OF OVER ORUNDER THE PRICING DUE TO DIFFERENCE BETWEEN THEPROVISIONAL CONTRACT AND THE ACTUAL CONTRACT PRICE,THE PRICE DIFFERENCE OF THE FUTURES TO BE SETTLEDLATEST TWO BUSINESS DAYS AFTER COMPLETION OF PRICING.

DOCUMENTARY INSTRUCTIONS: THE DOCUMENTARY INSTRUCTIONS SHALL CONTAIN:

- CONSIGNEE "TO ORDER";
- NOTIFY ADDRESS (ACTUAL IMPORTER IN DESTINATION COUNTRY);
- ADDRESS OF COURIER MAIL AND ADDRESS/CONTACT PERSON/TEL NO. FOR DISPATCH OF PHYTO, IF NO POSSIBILITY TO PUT IT ON BOARD.

- ADDRESS OF COURIER MAIL AND ADDRESS/CONTACT PERSON/TEL NO. FOR DISPATCH OF THE FULL SET OF ORIGINAL DOCUMENTS AFTER PAYMENT RECEIPT

DOCUMENTARY INSTRUCTION WILL BE SENT TO SELLERS UPON NOMINATION OF THE CARRYING VESSEL TO BUYERS, BUT IN ANY CASE 3 (THREE) BUSINESS DAYS BEFORE VESSEL'S ARRIVAL TO LOAD PORT. THE DELAY IN PRESENTATION OF THE DOCUMENTARY INSTRUCTION IS AT BUYERS' ACCOUNT. ALL DOCUMENTS TO BE ISSUED STRICTLY AS PER DOCUMENTARY INSTRUCTIONS, BUT NOT IN CONTRADICTION WITH PRESENT CONTRACT. DRAFTS OF SHIPPING DOCUMENTS TO BE CONFIRMED BY BUYERS WITHIN 2 (TWO) BUSINESS DAYS UPON PRESENTATION VIA E-MAIL THROUGH BROKERS. IF BUYERS FAIL TO PROVIDE THE DOCUMENTARY INSTRUCTIONS AND/OR CONFIRM DRAFT OF DOCUMENTS BEFORE ISSUANCE OF ORIGINALS, SELLERS HAVE THE RIGHT TO ISSUE DOCUMENTS ON THE BASE OF BUYERS' INSTRUCTION/PRESENT CONTRACT/FINAL VERSION OF DRAFTS PROVIDED WITHOUT BEING

RESPONSIBLE FOR NEGATIVE CONSEQUENCES THERETO, THE DOCUMENTS WILL THEN BE ACCEPTED BY BUYERS AND PAID.

FUMIGATION: THE COMMODITY WILL BE FUMIGATED, IF NEEDED ON BOARD OF THE VESSEL BY SELLER'S APPOINTED FUMIGATION COMPANY AT SELLER'S COST. SUCH FUMIGATION WILL BE CONDUCTED IN ACCORDANCE WITH THE METHOD AS ADVISED BY THE APPOINTED FUMIGATION COMPANY AND OTHERWISE IN ACCORDANCE WITH THE GAFTA FUMIGATION RULES. THE METHOD/CHEMICAL/DOSAGE/EXPOSURE TO BE CONFIRMED BY THE BUYER. IF THE EVENT SPECIFIC FUMIGATION METHOD/TYPES ARE REQUESTED SUCH AS RECIRCULATION AND/OR SLEEVES THEN THE ADDITIONAL COST OF SUCH FUMIGATION METHOD/TYPE IS FOR BUYERS' ACCOUNT.

**ARBITRATION:** THIS CONTRACT SHALL BE CONSTRUED AND GOVERNED BY ENGLISH LAW. ALL DISPUTES OR DIFFERENCES WHATSOEVER ARISING BETWEEN THE PARTIES OUT OF, OR RELATING TO, THE CONSTRUCTION, MEANING AND OPERATION OR EFFECT OF THIS CONTRACT OR THE BREACH THEREOF SHALL BE SETTLED BY ARBITRATION IN LONDON IN ACCORDANCE WITH THE ARBITRATION RULES AND REGULATIONS OF GAFTA NO 125, OF WHICH THE PARTIES ADMIT TO HAVE KNOWLEDGE AND NOTICE AND HEREBY ACCEPT.

| | |
|---|---|
| NUVAL TRADE S.A. | SADOT |
| (BUYER) | (SELLER) |
| BY: | |
| (SIGNATURE) | (SIGNATURE) |

PASTERNAK, BAUM & CO., INC.

BY:

(AS BROKERS ONLY)

**PASTERNAK, BAUM & CO., INC.**

**TELEPHONE** 500 MAMARONECK AVENUE, HARRISON, NY 10528 **TELEX**

**(914) 630-8000**

**FAX**

**(914) 630-8120**

| | |
|---|---|
| CONTRACT NUMBER: | 122668 |
| CONTRACT DATE: | April 9, 2024 |
| SELLERS' REF NO: | |
| SELLER: | SADOT LATAM LLC<br>1169 N BURLESON BLVD, Ste 107-226<br>BURLESON, TX 76028 |
| BUYER: | NUVAL TRADE S.A.<br>RUE ROBERT CÉARD 6 ,<br>1204 GENEVA,<br>SWITZERLAND |
| COMMODITY: | ARGENTINE EXTRACTED TOASTED SOYBEAN MEAL, IN BULK.<br><br>QUALITY SPECIFICATIONS:<br>PROTEIN BASIS 46,5% MIN 45,50%<br>FAT MAX 2,5%<br>FIBER BASIS 3,50% MAX 4,00 %<br>ASH MAX 7%<br>MOISTURE BASIS 12,5% MAX 13%<br>SAND AND SILICA MAX 2,5%<br>UREASE ACTIVITY MIN 0,02 MAX 0,20%<br>FREE FROM ADDED UREA<br><br>ALLOWANCES FOR DEFICIENCY OF PROTEIN AS FOLLOWS:FM 46.49 PCT TO 46 PCT 1:1FM 45.99 PCT TO 45.50 PCT 2:1BELOW 45.50 PCT REJECTABLE.<br>NON RECIPROCAL ALLOWANCES FOR FIBER AND MOISTURE 1:1WITH FRACTIONS IN PROPORTION.OTHERWISE AS PER GAFTA CTR NR 39, CLAUSE NR 5.<br>FINAL AT LOADING AS PER OFFICIAL QUALITY CERTIFICATE ISSUED BY INDEPENDENT SURVEYOR AT SELLER'S OPTION AND COST |
| QUANTITY: | 25000 METRIC TONS, 10% MORE OR LESS IN BUYER'S OPTION AT CONTRACT PRICE. |

| | |
|---|---|
| PRICE: | USD 9.0 PER SHORT TON OVER THE CHICAGO JULY 2024 SOYBEAN MEAL FUTURES. FUTURES ORDERS TO BE GIVEN TO SELLER FOR CONTRACT PRICING. |
| WEIGHT / QUALITY / CONDITION: | FINAL AT TIME AND PLACE OF LOADING AS PER CERTIFICATE(S) ISSUED BY GAFTA APPROVED SURVEYORS, AT SELLERS' CHOICE AND EXPENSE. LABORATORY TESTS TO BE IN ACCORDANCE WITH ISO/ICC NORMS, SAMPLING AND ANALYSIS TO BE DONE AS PER GAFTA RULES.<br>SELLER'S SURVEYORS RESULTS ARE FINAL AND BINDING FOR THE PARTIES. |
| DELIVERY: | MAY 15-31, 2024 IN BUYER'S OPTION. BOTH DATES ARE INCLUSIVE IN ONE SINGLE DECK BULK CARRIER. |
| PACKING: | IN BULK |
| PARITY: | FOB ONE SAFE UPRIVER ARGENTINA PORT, ONE SAFE BIRTH. ALWAYS AFLOAT, ALWAYS ACCESSIBLE.<br><br>10 DAYS PREADVICE |
| LOAD RATE: | SELLER TO GUARANTEE LOAD RATE 5000 MT PER WEATHER WORKING DAY, SATURDAY(OR DAY PRECEDING A HOLIDAY) FROM 12:00 HRS UNTIL MONDAY (OR DAY AFTER A HOLIDAY) 08:00 HRS EXCLUDED EVEN IF USED. LAY TIME TO COMMENCE 08:00 HRS NEXT WORKING DAY AFTER NOTICE OF READINESS IS TENDERED, WIPON, WICCON, WIBON, WIFPON. NOTICE OF READINESS TO BE TENDERED DURING OFFICIAL WORKING HOURS (DEMURRAGE/DISPATCH - AS PER CHARTER PARTY, DISPATCH HALF DEMURRAGE. HOLIDAYS ARE AS PER BIMCO CALENDAR LATEST EDITION. ONCE ON DEMURRAGE ALWAYS ON DEMURRAGE.<br><br>DEMURRAGE, IF ANY, TO BE SETTLED WITHIN LATEST 20 DAYS AFTER LOADING BASED ON NOR, SOF AND LAYTIME CALCULATION. |
| PAYMENT: | 10% DOWNPAYMENT TO BE WIRED BY THE BUYER PRIOR PRICING OF THE CARGO OR 48 HOURS PRIOR VESSEL NOMINATION, WHICHEVER COMES FIRST<br>BALANCE PAYMENT AGAINST COPIES OF BILLS OF LADING, INVOICE, QUALITY AND WEIGHT CERTIFICATES, SELLER'S LETTER OF GUARANTEE TO PROVIDE CERTIFICATE OF ORIGIN AND PHYTOSANITARY WITHIN 10 DAYS AFTER LOADING COMPLETION.<br><br>ALL ORIGINAL DOCUMENTS TO BE PRESENTED TO THE BUYERS IN SCANNED COPIES, WHICH SHALL BE SUFFICIENT FOR PAYMENT, AND SENT TO THE BUYER OR BUYER'S NOMINEE UPON RECEIPT OF PAYMENT. |

LIST OF DOCUMENTS TO BE PROVIDED:
1) SELLERS' ORIGINAL COMMERCIAL INVOICE, STAMPED/SIGNED;
2) 3/3 ORIGINAL B(S)/L, CLEAN ON BOARD AND MARKED "FREIGHT PREPAID";
3) QUALITY CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLER'S CHOICE AND EXPENSE;
4) WEIGHT CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLER'S CHOICE AND EXPENSE;
5) NON-RADIOACTIVITY CERTIFICATE, ISSUED BY COMPETENT AUTHORITIES OR GAFTA APPROVED SURVEYOR (AT SELLER'S CHOICE AND EXPENSE), CONFIRMING CS 134 & CS 137 LESS THAN 370 BQ/KG;
6) CERTIFICATE OF ORIGIN, ISSUED BY THE CHAMBER OF COMMERCE IN THE COUNTRY OF ORIGIN, EVIDENCING ORIGIN OF THE GOODS.
7) PHYTOSANITARY CERTIFICATE, ISSUED BY COMPETENT AUTHORITIES, ORIGINAL SHALL BE PUT ON BOARD OR DISPATCHED TO THE BUYERS' NOMINATED ADDRESS;
8) FUMIGATION CERTIFICATE ISSUED BY LICENSED FUMIGATOR
9) HOLDS CLEANLINESS CERTIFICATE TO BE ISSUED BY GAFTA APPROVED SURVEYOR AT SELLERS' CHOICE AND EXPENSE;
10) HOLDS SEALING CERTIFICATE

DOCUMENTS ISSUED BY OFFICIAL AUTHORITIES MAY NOT CONTAIN ANY ADDITIONAL INFORMATION APART FROM WHAT IS PERMITTED BY CURRENT REGULATIONS IN THE COUNTRY OF ORIGIN.

CHARTER PARTY BILLS OF LADING ARE ACCEPTABLE.
THIRD PARTY DOCUMENTS (EXCEPT FOR THE COMMERCIAL INVOICE) ARE ACCEPTABLE

ANY ADDITIONAL ANALYSES / ADDITIONAL CERTIFICATES, NOT REQUIRED BY THIS CONTRACT, ARE SUBJECT TO SELLERS' ACCEPTANCE, AND IN ANY CASE FOR BUYERS' TIME AND ACCOUNT AND OUTSIDE PAYMENT (I.E. SHALL NOT BE PRESENTED FOR PAYMENT) AND WITHOUT ANY OBLIGATIONS FOR THE SELLERS.

SPECIAL CONDITIONS:

- SELLER'S AGENT AT LOAD PORT, PDA AS PER COMPETITIVE/OFFICIAL RATES
- DUTIES AND TAXES IN COUNTRY OF ORIGIN ARE TO BE FOR SELLERS' ACCOUNT AND IN COUNTRY OF DESTINATION TO BE FOR BUYERS' ACCOUNT.
- THIRD PARTY DOCUMENTS ARE ACCEPTABLE EXCEPT COMMERCIAL INVOICE.
- ALL DATA ABOUT NUMBER OF ORIGINAL DOCUMENTS AND THEIR COPIES MUST BE PRESENTED BY BUYERS IN DOCUMENTARY INSTRUCTIONS, NOT CONTRADICTING THE CONTRACT TERMS, WHICH ARE CONSIDERED AS INTEGRAL PART OF THE CONTRACT IN CASE ACCEPTED BY SELLERS.
- UPON REQUEST, SELLER SHOULD PRESENT BUYERS COPIES OF CARGO PLAN, CARGO MANIFEST AND CHARTER PARTY.
- INSURANCE FOR BUYE'S ACCOUNT AS PER GAFTA RULES.
- VESSEL'S HOLDS SHALL BE SEALED BY SELLERS'
- TITLE: THE TITLE OF THE GOODS, SHALL PASS TO BUYERS UPON PAYMENT RECEIPT BY SELLERS. ALL GOODS DELIVERED, SHALL

REMAIN THE PROPERTY OF SELLERS UNTIL RECEIPT BY SELLERS THE PAYMENT FOR THEM.

- OBTAINING OF IMPORT PERMITS, LICENSES AND THE ALIKE ARE AT BUYERS' RESPONSIBILITY AND NON-OBTAINING OF SUCH CANNOT BE CLAIMED AS CIRCUMSTANCES OF FORCE-MAJEURE.
- ALL TAXES, LEVIES, DUTIES, ETC. PRESENT OR FUTURE ON THE CARGO IN THE COUNTRY OF DESTINATION/DISCHARGE ARE FOR BUYERS' ACCOUNT AND RESPONSIBILITY, IN THE COUNTRY OF ORIGIN - FOR SELLERS' ACCOUNT.
- A NOTICE TO THE BROKER IS A NOTICE UNDER THE CONTRACT.

ALL OTHER TERMS/CONDITIONS NOT IN CONTRADICTION WITH THE ABOVE ASPER GAFTA CONTRACT 39.

PRICING:

1. ALL FUTURES ORDER TO BE GIVEN TO SELLER FOR PRICING NO LATER THAN 60 DAYS AFTER LOAD PORT NOR DATE. SHOULD BUYER FAIL TO COMPLETE PRICING LATEST 60 DAYS AFTER THE NOR DATE, SELLER, RESERVES THE RIGHT ATANY TIME THEREAFTER AND AT HIS SOLE DISCRETION TOESTABLISH THE FINAL CONTRACT FLAT PRICE BASED ON THECURRENT FUTURES MARKET PRICE AT SUCH POINT IN TIME
2. BUYER TO ADVISE THE SELLER, IN WRITING 30 MINUTESPRIOR TO OPENING THE REQUIRED PRICE AND RESPECTIVEQUANTITY, AND THE ORDER WILL BE CONSIDERED AUTO-MATICALLY EXECUTED IF THE RESPECTIVE MONTH TRADESAT LEAST 1/4 CENT PER BUSHEL UNDER THE GIVEN ORDER.THIS, HOWEVER, NOT TO INCLUDE THE OPENING ANDCLOSING RANGES WHERE, AS PER THE RULES OF THECHICAGO BOARD OF TRADE, BROKERS ARE NOT RESPONSIBLEFOR EXECUTION. THIS EXECUTION WILL ALSO NOT BEGUARANTEED WHEN "FAST MARKET" CONDITION ISDESIGNATED BY THE PIT SUPERVISOR. IF CBOT FUTURES DONOT TRADE DURING THE SESSION AT 1/4 CENT PER BUSHELUNDER THE LIMIT STIPULATED BY BUYER, NO PRICING HASTAKEN PLACE, UNLESS SELLER ADVISES BUYER AFTER THE CLOSE OF THAT PART OR TOTAL OF THE PRICING ORDERGIVEN HAS BEEN PRICED. ANY EXCHANGE OF FUTURES MUSTBE AT A PRICE THAT IS TRADED DURING THE CBOT DAY
3. BUYER HAS THE RIGHT TO GIVE OR CHANGE PRICINGINSTRUCTIONS DURING THE SESSION, PROVIDED SELLER HASNOT ALREADY EXECUTED THE ORIGINAL INSTRUCTIONS BYTHE TIME THE NEW ORDER REACHES THE BROKER ON THEFLOOR AT THE CHICAGO EXCHANGE. FOR ORDERS GIVENOR CHANGED DURING THE SESSION OF THE CHICAGO BOARDOF TRADE, THE SELLER IS NOT TO BE RESPONSIBLE FOR EXECUTION.
4. PRICING TO BE DONE TO THE LOADED QUANTITY
5. FUTURES TO BE EXCHANGED TO THE NEAREST 5,000 BUSHELS
6. UPON COMPLETION OF FIXING THE FUTURE CONTRACTS ATCBOT THE ACTUAL CONTRACT PRICE PER METRIC TON WILLBE BASED ON THE AVERAGE OF ALL THE CONTRACTS EXCHANGED PLUS CONTRACT PREMIUM.
7. AFTER COMPLETION OF PRICING, IN CASE OF OVER ORUNDER THE PRICING DUE TO DIFFERENCE BETWEEN THEPROVISIONAL CONTRACT AND THE ACTUAL CONTRACT PRICE,THE PRICE DIFFERENCE OF THE FUTURES TO BE SETTLEDLATEST TWO BUSINESS DAYS AFTER COMPLETION OF PRICING.

DOCUMENTARY INSTRUCTIONS: THE DOCUMENTARY INSTRUCTIONS SHALL CONTAIN:
- CONSIGNEE "TO ORDER";
- NOTIFY ADDRESS (ACTUAL IMPORTER IN DESTINATION COUNTRY);
- ADDRESS OF COURIER MAIL AND ADDRESS/CONTACT PERSON/TEL NO. FOR DISPATCH OF PHYTO, IF NO POSSIBILITY TO PUT IT ON BOARD.
- ADDRESS OF COURIER MAIL AND ADDRESS/CONTACT PERSON/TEL NO. FOR DISPATCH OF THE FULL SET OF ORIGINAL DOCUMENTS AFTER PAYMENT RECEIPT

DOCUMENTARY INSTRUCTION WILL BE SENT TO SELLERS UPON NOMINATION OF THE CARRYING VESSEL TO BUYERS, BUT IN ANY CASE 3 (THREE) BUSINESS DAYS BEFORE VESSEL'S ARRIVAL TO LOAD PORT. THE DELAY IN PRESENTATION OF THE DOCUMENTARY INSTRUCTION IS AT BUYERS' ACCOUNT. ALL DOCUMENTS TO BE ISSUED STRICTLY AS PER DOCUMENTARY INSTRUCTIONS, BUT NOT IN CONTRADICTION WITH PRESENT CONTRACT. DRAFTS OF SHIPPING DOCUMENTS TO BE CONFIRMED BY BUYERS WITHIN 2 (TWO) BUSINESS DAYS UPON PRESENTATION VIA E-MAIL THROUGH BROKERS. IF BUYERS FAIL TO PROVIDE THE DOCUMENTARY INSTRUCTIONS AND/OR CONFIRM DRAFT OF DOCUMENTS BEFORE ISSUANCE OF ORIGINALS, SELLERS HAVE THE RIGHT TO ISSUE DOCUMENTS ON THE BASE OF BUYERS' INSTRUCTION/PRESENT CONTRACT/FINAL VERSION OF DRAFTS PROVIDED WITHOUT BEING RESPONSIBLE FOR NEGATIVE CONSEQUENCES THERETO, THE DOCUMENTS WILL THEN BE ACCEPTED BY BUYERS AND PAID.

FUMIGATION: THE COMMODITY WILL BE FUMIGATED, IF NEEDED ON BOARD OF THE VESSEL BY SELLER'S APPOINTED FUMIGATION COMPANY AT SELLER'S COST. SUCH FUMIGATION WILL BE CONDUCTED IN ACCORDANCE WITH THE METHOD AS ADVISED BY THE APPOINTED FUMIGATION COMPANY AND OTHERWISE IN ACCORDANCE WITH THE GAFTA FUMIGATION RULES. THE METHOD/CHEMICAL/DOSAGE/EXPOSURE TO BE CONFIRMED BY THE BUYER. IF THE EVENT SPECIFIC FUMIGATION METHOD/TYPES ARE REQUESTED SUCH AS RECIRCULATION AND/OR SLEEVES THEN THE ADDITIONAL COST OF SUCH FUMIGATION METHOD/TYPE IS FOR BUYERS' ACCOUNT.

**ARBITRATION:** THIS CONTRACT SHALL BE CONSTRUED AND GOVERNED BY ENGLISH LAW. ALL DISPUTES OR DIFFERENCES WHATSOEVER ARISING BETWEEN THE PARTIES OUT OF, OR RELATING TO, THE CONSTRUCTION, MEANING AND OPERATION OR EFFECT OF THIS CONTRACT OR THE BREACH THEREOF SHALL BE SETTLED BY ARBITRATION IN LONDON IN ACCORDANCE WITH THE ARBITRATION RULES AND REGULATIONS OF GAFTA NO 125, OF WHICH THE PARTIES ADMIT TO HAVE KNOWLEDGE AND NOTICE AND HEREBY ACCEPT.

| | |
|---|---|
| NUVAL TRADE S.A. | SADOT |
| (BUYER) | (SELLER) |
| BY: | |
| (SIGNATURE) | (SIGNATURE) |

PASTERNAK, BAUM & CO., INC.

BY:

(AS BROKERS ONLY)